# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1855
_____

Randall D. Durham

*Plaintiff - Appellant*

v.

Dassault Falcon Jet Corp

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs
_____

Submitted: January 21, 2025
Filed: January 24, 2025
[Unpublished]
_____

Before BENTON, ERICKSON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Arkansas resident Randall Durham appeals after the district court[1] dismissed his civil action against his former employer Dassault Falcon Jet Corp and denied his motion for reconsideration. Dassault Falcon Jet Corp urges affirmance while also

_____

[1]The Honorable Susan O. Hickey, Chief Judge, United States District Court for the Western District of Arkansas.

suggesting that Durham's notice of appeal was untimely. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Durham's notice of appeal was timely filed. Judgment was not entered in a separate document, and thus the time to appeal did not begin to run until judgment was deemed entered 150 days after the dismissal order. *See* Fed. R. Civ. P. 58(a); Fed. R. App. P. 4(a)(7)(A)(ii).

Upon careful consideration of the record and the parties' arguments on appeal, this court concludes that the district court properly granted judgment on the pleadings. *See Mt. Hawley Ins. Co. v. City of Richmond Heights*, 92 F.4th 763, 766 (8th Cir. 2024). Further, the district court did not abuse its discretion in denying reconsideration of its order dismissing the case. *See Meier v. City of St. Louis*, 78 F.4th 1052, 1059-60 (8th Cir. 2023).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____